IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| JOE S. WESLEY, SR. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:09CV00891  SWW |
| | * | |
| CROTHALL SERVICES GROUP | * | |
| | * | |
| Defendant | * | |
| | * | |

**ORDER**

Plaintiff Joe S. Wesley, Sr., proceeding *pro se*, brings this employment discrimination action against Crothall Services Group, alleging equal pay violations and discrimination based on age, disability, race, and sex.  On August 30, 2010, Defendant filed a motion asking the Court to compel Plaintiff to provide (1) complete answers to deposition questions by responding to additional interrogatories or written questions pursuant to Rule 31 of the Federal Rules of Civil Procedure; (2) complete responses to interrogatories; and (2) complete responses to requests for production.  The time for responding has passed, and Plaintiff has not filed a response.  Under Local Rule 7.2(f), the failure to respond to any non-dispositive motion is an adequate basis for granting the relief sought in the motion.  In accordance with this rule, Defendant's motion to compel (docket entry #25) is GRANTED.[1]  **Plaintiff is ordered to provide Defendant**

---

[1] Defendant also asks the Court to extend the discovery deadline by sixty days and to adjust other dates and deadlines as needed.  Because it is not clear at this time that new deadlines are needed, Defendant's request will be denied at this time.  Defendant may renew its request at a later date if necessary.

**complete responses to the aforementioned discovery requests within twenty (20) days after being served.**

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE