**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOE S. WESLEY, SR. | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:09CV00891 SWW |
| CROTHALL SERVICES GROUP | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE