IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOE S. WESLEY, SR. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:09CV00891 SWW |
| | * | |
| CROTHALL SERVICES GROUP | * | |
| | * | |
| Defendant | * | |

**ORDER**

Plaintiff Joe S. Wesley, Sr. ("Wesley"), proceeding *pro se*, commenced this employment discrimination action against Crothall Services Group ("Crothall"). By order and judgment entered December 29, 2010, the Court granted summary judgment in Crothall's favor and dismissed this action with prejudice. Now before the Court is Wesley's motion for reconsideration.[1] After careful review, the Court finds no basis for reconsideration. The motion (docket entry #54) is DENIED.

IT IS SO ORDERED THIS 2ND DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Federal Rules of Civil Procedure contain no provision for "motions for reconsideration." However, Rule 60(b) permits motions for relief from a final judgment or order for various reasons, including "any . . . reason justifying relief."